Certificate Number: 17082-CAC-DE-024753265

Bankruptcy Case Number: 14-31164



17082-CAC-DE-024753265

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2014, at 4:05 o'clock PM MST, JANICE J LAMBERT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   December 26, 2014            By:    /s/Orsolya K Lazar

                                     Name:  Orsolya K Lazar

                                     Title: Executive Director